Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL HALTERMAN AND KELLIE HALTERMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant. | No. C 05 4902 EDL<br><br>Before the Honorable ELIZABETH D. LAPORTE<br><br>[~~PROPOSED~~] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:　April 4, 2006<br>Conference Time:　10:00 a.m.<br>Location:　Courtroom E, 15TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the April 4, 2006 Case Management Conference ("CMC") to ____August 1, 2006____, at __10:00 am__. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

IT IS SO ORDERED

DATED: March 27, 2006

_[signature: Elizabeth D. Laporte]_
_Judge Elizabeth D. Laporte_

HONORABLE Elizabeth D. Laporte
United States District Court Judge

---

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1